**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

GHASSAN ODTALLAH, WAJDY )
ODTALLAH, and ROCK THE SKY LLC, )
                                 )
        Plaintiffs, )
                                 )   Case No. 2:25-cv-400-AZ
      v. )
                                 )
TOWN OF HIGHLAND, et al., )
                                 )
        Defendants. )

## <u>ORDER</u>

This matter is before the Court on Plaintiffs' Second Motion for Leave to Amend Complaint [DE 21]. Plaintiffs filed their motion the same day they filed their response in opposition to Defendants' partial motion to dismiss. *See* DE 16, 20, 21. Defendants have not filed a response to the motion for leave to amend and the deadline to do so has passed.

When a party seeks leave to amend a pleading, the "court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). "[T]his mandate is to be heeded." *Foman v. Davis*, 371 U.S. 178, 182 (1962). The Court previously set a deadline to seek to amend the pleadings of July 6, 2026, *see* DE 23, so Plaintiffs motion is timely under the Court's scheduling order.

Plaintiffs argue that leave to amend is necessary and appropriate to provide additional details and facts regarding Plaintiff Rock the Sky LLC's involvement in the lawsuit. Plaintiffs say these amendments address the arguments made by Defendants in their motion to dismiss or in the alternative motion for a more definite

statement. DE 21 at ¶¶ 2-5. While Defendants have not affirmatively consented to the proposed Second Amended Complaint, they have not filed any opposition to the motion for leave or a reply in support of their motion to dismiss indicating that the proposed Second Amended Complaint fails to address the arguments raised in the motion to dismiss. Therefore, there appears to be no basis to deny Plaintiffs the opportunity to file an amended pleading.

Accordingly, Plaintiffs' Second Motion for Leave to Amend Complaint [DE 21] is **GRANTED**. The Clerk of Court is **DIRECTED** to place Plaintiffs' Second Amended Civil Complaint and Demand for Jury Trial [DE 21-1] on the docket. Defendants will have 21 days from the date of this order to answer or otherwise respond to the Second Amended Complaint.

So ORDERED this 30th day of March 2026.

*/s/ Abizer Zanzi*
MAGISTRATE JUDGE ABIZER ZANZI
UNITED STATES DISTRICT COURT

2